## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Aaron Clark, et al., | : | |
| | : | **Case No. 2:05CV-284** |
| Plaintiffs, | : | **(Consolidated Case)** |
| | : | |
| vs. | : | **Judge Holschuh** |
| | : | |
| Javad Rahimian, et al., | : | **Magistrate Judge Abel** |
| | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 17) AND TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT OF ARIZONA

Pursuant to 28 U.S.C. §636(b)(1)(B), Fed. R. Civ. P. 72(B), and no party having filed an objection to the Magistrate Judge's Report and Recommendations of December 14, 2005 (Doc. 17), the Magistrate's Report and Recommendation is ADOPTED in its entirety. Defendants June 30, 2005, Motion to Transfer Venue to the United States District Court of Arizona (Doc. 10) is GRANTED.

The Clerk is hereby ORDERED to transfer the record to the United States District Court of Arizona.

ORDERED this 12ᵀᴴ day of January, 2006.

_____
United States District Judge John D. Holschuh

cc:    David W. Babner, Trial Attorney for Plaintiff James H. Hyland, III
       David S. Kessler, Trial Attorney for Plaintiff James H. Hyland, III
       Frank A. Ray and Janica A. Pierce, Trial Attorneys for Defendants Javad Rahimian,
       Majid Rahimian, Masud Monfared, Capnet Communications, LLC, and Soroush
       Rahimian